# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Case No. 3:23MJ5170

## AFFIDAVIT TO COMPLAINT

### I. Agent Background

I, Alex O. Hunt, being duly sworn and deposed, stated the following:

1. I am an "investigative or law enforcement officer of the United States" empowered to make arrests within the meaning of Title 18, United States Code, Section 3052 and to execute search warrants and conduct seizures within the meaning of Title 18, United States Code, Section 3107 for violations of the laws of the United States.

2. I am a duly appointed Special Agent, employed by the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been a Special Agent with the FBI since 2015. I am currently assigned to the FBI Cleveland Division, Toledo Resident Agency. I was previously employed as a patrol officer and criminal investigator in Georgia from 2009 to 2015. Since 2009, I have received training and have experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigation techniques.

3. This affidavit is submitted in support of a criminal complaint charging EDWARD WADE GREEN with Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b), and Coercion or Enticement, 18 U.S.C. 2422(b).

4. All of the information contained in this affidavit is the result of either my personal observations or investigation or has been provided to me by other law enforcement officers, all of whom I believe to be reliable. This affidavit contains information to establish probable cause for a criminal complaint, and thus, does not list every fact known in the investigation.

## II. Probable Cause

5. Between April 1, 2023, and April 24, 2023, Online Covert Employee - 7478 (hereinafter "OCE"), who is a member of the FBI Child Exploitation Task Force in Toledo, Ohio, was connected to the Internet in an online undercover capacity from a cell phone located in Toledo, Ohio. A software program was used to record the online activity, chats, and images identified within Fetlife.com and KiK.[1] OCE had posted numerous online bulletin messages on specific social media forums, which, based on OCE's experience and information gathered from other sources, are websites frequented by individuals who have a sexual interest in children and incest. The bulletin messages were intended to attract individuals with a sexual interest in children. FBI OCE would respond to certain messages or post messages on these public forums and provided OCE's KiK screen name for anyone wanting to contact OCE.

6. On approximately April 7, 2023, OCE received a message via Fetlife.com from Fetlife.com user 'Raleighman1971' which read as follows:

**Hello @( OCE's moniker) ,**

**Enjoy your vacation. Wish it were in South Carolina. If you like to golf, I live on a PGA rated golf course just north of August, GA across the SC line.**

**Love to host you and your daughter. Especially if you are into sharing.**

**Message me to set something up.**

**Raleighman**

7. On April 11, 2023, OCE responded to 'Raleighman1971's message and discussed moving the conversation from Fetlife.com to Kik. 'Raleighman1971' informed OCE that 'Raleighman1971' was his Kik name, too.

---

[1] KiK refers to KiK Messenger, a free mobile application that permits users to send text messages and other content, including videos and images.

8. Between April 11, 2023, and April 24, 2023, OCE communicated in back-and-forth messaging via Kik with an individual using KiK username "Raleighman1971" with the display name "Ed Green" later identified as EDWARD WADE GREEN.  During the conversations, GREEN expressed a sexual interest in OCE's purported seven (7) year old daughter.  He also advised that he recently moved to North Augusta, South Carolina, from Australia, and that he had a girlfriend in Australia who had an eight (8) year old daughter.  GREEN stated that he and his girlfriend were both sexually active with the eight (8) year old girl.  A summary of the conversation below is used simply as a reference; the recorded chats should be the final authority.  Relevant portions of the conversation between OCE and GREEN ("Subject") are as follows:

**Subject: I was raised in an open family. Started having sex with my 16yo aunt at age 4.**

**Subject: I want to know if you have a similar relationship with your daughter**

……

**Subject: How old is she and you if I'm not prying**

……

OCE: She is 7 now

……

OCE: R u active currently?

**Subject: I am. Though I just moved from Australia back to the US because my visa expired**

**Subject: My gf and her daughter are still there. Coming over in June hopefully.**

**Subject: I'm 51. They are 32 and 8**

OCE: Oh wow, what are the chances lol

OCE: Active with her dau?

**Subject: Definitely. I was her first and I plan to get her pregnant, so she delivers around her**

**13th birthday.**

OCE: Fuck yeah. That's hot

**Subject: I just love that her mom is into it as much as I am**

……

**Subject: Lol. I was going to invite you to come stay with us. If you haven't given your girl a dp yet**

……

**Subject: Sounds like it. Well like I said, you are welcome to visit. I live on hole 1 of a pga golf course near Augusta.**

……

**Subject: Stay as long as you like so long as she is free use.**

…..

OCE: How big r u?

**Subject: 8 inches. Not too girthy. Most girls love my cock for anal.**

OCE: Oh dang

OCE: Is that something you want to do with her?

**Subject: Yes I like using all 3 holes.**

……

**Subject: I like watersports too but understand that's not for everyone**

OCE: Yeah that's cool

**Subject: I don't like hurting little girls. I want them to enjoy it too.**

**Subject: I won't force anything past where it will go. And I'll use lots of lube**

…..

**Subject: And I'd definitely love it if we can share her.**

……

**Subject: You want to come on the 21st?**

OCE: I'll see what I can do!

**Subject: Definitely hope you can.**

OCE: That would cool

**Subject: Meet in public to verify before I take you home.**

OCE: Yeah for sure, I was going to mention the same

**Subject: Someplace where the three of us can get in private for a few minutes together. Family restroom etc.**

……

**Subject: Oh and are you planning on giving her a baby eventually? Something I definitely want to talk about.**

……

OCE: The only issue is that' hard to hide.

**Subject: Home delivery? How do you plan to explain the baby and "absent" father?**

**Subject: Yeah, that's why I'm building the house. I want privacy.**

OCE: Right

**Subject: Planning on having several more kids and hopefully getting all the girls pregnant by 13.**

**Subject: Assuming we all get along, you could come for a visit during the delivery.**

……

OCE: Are you ever in Ohio

**Subject: Not in a long time. I can come up though. What did you have in mind?**

OCE: Gotya

OCE: Well that's where we live

**Subject: Yes. I remember. I'm happy to visit anytime you want.**

**Subject: After I get the house build and we have some time to settle I can bring the girls too.**

……

**Subject: They both love dp.**

OCE: Mmmm have you had other guys join?

**Subject: And having your little girl watch would be amazing.**

**Subject: Yes in Australia. We had a little community.**

……

**Subject: On Fetlife. Found a kinky woman with age play fantasies that turned out not to be fantasies.**

**Subject: The first time she asked be to fuck her 6yo daughter I almost had a stroke.**

**Subject: me**

……

**Subject: Kez had sucked cock but not had sex or anal. I popped her cherry and opened up her ass that night while her mom videoed everything**

**Subject: Yeah, that was pure luck. But I had told her about my upbringing so she knew I'd happily do it.**

**Subject: I want to build a little community like that here. Maybe you and your girl will be a part.**

**Subject: You plan to let others breed her too?**

……

**Subject: What's a good place to meet in Ohio?**

OCE: Well, something to consider now! Lol

OCE: Toledo area

OCE: Northwest Ohio

**Subject: Cool. It's like my schedule is more flexible. So I'll come to you. Okay?**

OCE: You sure?

**Subject: Sure. Why not?**

OCE: Dude, that would be cool

**Subject: I can stay a couple of days and we can have some fun.**

……

**Subject: I'll pick a truck stop or rest area for us to meet at. Unless you want to recommend.**

……

OCE: Week of 24th work?

**Subject: Cool. I'll want to see your cock and her pussy. Before anything happens.**

**Subject: Better if she sucks you a bit.**

**Subject: And yes the 24th works great!**

……

OCE: I'm confused lol

**Subject: When we meet, I want to see her suck your cock. Then we go to your place**

……

**Subject: How man times a day do you play with Hannah? Just curious. I don't want to overwhelm her when we meet.**

……

OCE: Probably once every few days.

OCE: Shes usually pretty sore after

**Subject: So several times a day is going to be hard on her.**

**Subject: I'm going to have to be very gentle I see**

OCE: Yeah man. Especially at 8 inch

**Subject: I will be as careful as I can.**

**Subject: Does she get into it?**

**Subject: I mean does she enjoy herself and cum? I'd love to eat her until she cums for me. And I love watersports if she'll pee for me.**

**Subject: My Hannah drinks my piss every morning. And Kez gets it at night before bedtime.**

……

**Subject: Well I'm glad she's enjoying sex. It's so much better when she's happy too.  And as for the watersports, I'll encourage her to pee for me. And if you want I'll get her to drink our piss too.  Before long she won't want to go to bed without feeling your piss in one of her holes and drinking yours.**

……

OCE: Dude that sounds amazing. I think she'll be up for it

**Subject: She'll do anything to please you. You're her source of love and affection.**

**Subject: And spraying her down will feel good for all three of us. Gets rid of any ickiness barrier she may have.**

OCE: Thats true. I think she'll like you but will take some warming up

**Subject: Of course. It will help that we get along. And she will warm up when you start playing with her pussy, then ask me to eat her whil you hold her for me.**

**Subject: while**

……

**Subject: Tbh, I like little boy asses, but men don't really do anything for me.**

OCE: Me either

**Subject: But I'll happily let you breed my little girls (I get dibs on the first baby) if you'll share Hannah with me when she's old enough.**

……

**Subject: She sounds wonderful. I can't wait to meet her. I was telling Kez and my Hannah about you two. They are very excited to meet you.**

……

**Subject: They play together almost every night and Hannah tells me about it or records it so we can watch together later.**

**Subject: My Hannah said after she has my baby, she might like to give your Hannah a baby brother or sister.**

……

**Subject: That's perfect! I'd like to fuck her awake one morning and have her cum then pee for me.**

OCE: Mmmm that sounds amazing!

**Subject: She sounds amazing, especially if she cums easily. If not, we will have to start training her to cum on command. Does she play with her pussy a lot?**

OCE: She hasn't yet. But maybe you being more experienced can change that

**Subject: I'll get her some toys to play with. Maybe a small plug for her ass too.**

**Subject: We should encourage her to always be ready to cum or fuck.**

OCE: Whats the youngest you've done anal play with?

**Subject: 3**

**Subject: With my cock. Fingers from birth.**

……

**Subject: Good morning. Almost there. 1 more day to port. You still good with the 24th?**

OCE: Good morning!

OCE: Nice man! I bet you're excited to get there

OCE: Yeah, 24th works great! You think you're going to drive or fly?

**Subject: Drive. Definitely. I am excited for sure**

……

**Subject: What is the plan for the 24th? After we meet and head back to your place?**

……

**Subject: Cool. I'd like share her with you and have a little one on one time too if you are good with that? Hopefully we can play a little more frequently too.**

**Subject: I'd like to try to turn her into a nympho who is bugging you for sex all the time.**

……

**Subject: Drive up on Sunday, meet my new friends and hang out for a few days. Then head over to Utah.**

OCE: Oh wow, that is a big trip. The chick with the two daus?

**Subject: Yesh. And she's pregnant with another.**

……

**Subject: Her oldest wants me to get her pregnant apparently.**

OCE: How old are they

**Subject: 31, 13, 9.**

……

**Subject: Brynn is the Mom. She's a bit of a wild child but has two daughters. Both girls have been used by their dads. Brynn got pregnant a few months ago during a gang bang. So she doesn't know who the Dad is. She wants more kids and a man who will ger her daughters pregnant as well.**

……

**Subject: I'm going to get her oldest pregnant in July / August**

OCE: Teach me your ways.

**Subject: Find the sluts who were used by their Dads / uncles at a young age.**

……

**Subject: I don't want to impose. But I will probably push her harder than you've pushed her. But I won't hurt her.**

……

**Subject: So you aren't going to get the chance to play with Hannah until Monday? She might explode from all the cum we uave for her. [emoji]**

**Subject: have**

……

**Subject: We are going to have to play with her every day. Make sure you have lots of lube. She's going to be sore by Friday**

……

**Subject: Me too. I know you said we have to stop if she says it hurts. She's probably going to be sore after the first day. You going to be okay pushing her a little bit?**

……

OCE: Nice! How long of a trip is that?

**Subject: 10-12 hours**

……

**Subject: Tomorrow afternoon she's going to get quite a workout so I want her in a good mood to start.**

……

9. On April 24th, 2023, OCE and GREEN arranged to meet the OCE and OCE's purported seven-year-old daughter at a prearranged location in Toledo, Ohio, in the Northern District of Ohio, Western Division, for the purpose of engaging in sexual conduct with the purported minor. At approximately 12:55 PM GREEN arrived at the prearranged location in a grey, 2022 Toyota Prius, South Carolina license plate "4102QQ". Surveillance teams observed GREEN as the driver in the vehicle based on the profile picture on GREEN'S Fetlife.com page and images he sent to OCE via Kik. GREEN arrived at the prearrange locations where he was arrested by FBI Agents and Task Force Officers. Shortly after his arrest, OCE sent GREEN a Kik message. Shortly thereafter, a Kik notification was displayed on the front screen of GREEN's Samsung cell phone which was mounted on the dash of GREEN's Prius.

10. The vehicle was towed to the Toledo Police Impound Lot, on Dura Drive, Toledo, Ohio. Investigators observed the following items inside GREEN's vehicle, two duffle bags,

approximately $581.00 in US currency, various forms of identification, three (3) VISA cards and an external hard drive.

11. Following his arrest, investigators attempted to interview GREEN, but he requested an attorney.

12. Based on the information contained herein, I believe probable cause exists that Edward Wade Green has committed the violations of Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b), and Coercion and Enticement, 18 U.S.C. 2422(b). Accordingly, Affiant respectfully requests the issuance of a complaint.

Respectfully submitted,

_____
SA Alex O. Hunt, FBI

Sworn to via telephone after submission by reliable electronic means pursuant to Crim.R. 41(d)(3) and 4.1, this 24th day of April 2023,

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE